FILED

MAY 23 2006

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

WILL MOSS, JR.,

        Defendant.
_____/

CR. NO. S-03-550 WBS

ORDER OF REASSIGNMENT

    Pursuant to Appendix A(f)(1) of the Local Rules of Practice of the Eastern District of California, the case of defendant Will Moss, Jr. is reassigned for all purposes from the Honorable William B. Shubb to the Honorable Edward J. Garcia. Accordingly, the court issues the following orders.

    1. The trial confirmation hearing presently set before Judge Shubb on Wednesday May 24, 2006 is VACATED and RESET before Judge Garcia on Friday, May, 26, 2006 at 10:00 a.m. in Courtroom No. 8.

    2. The jury trial presently set before Judge Shubb on June 13, 2006 is VACATED and RESET to June 13, 2006 at 9:00 a.m. before Judge Garcia.

1

3. From the filing date of this order, the caption on all documents filed in the case of Will Moss, Jr. shall be <u>United States v. Moss</u>, Cr. No. S-03-0550 EJG.

4. The Clerk of Court shall make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

5. This reassignment is for the case of defendant Will Moss, Jr. **only**, and does not affect the case of co-defendant Brooks, which case remains assigned to Judge Shubb.

IT IS SO ORDERED.

I consent to this reassignment.

Dated: May 22, 2006

_____
WILLIAM B. SHUBB, SENIOR JUDGE
UNITED STATES DISTRICT COURT

I accept this reassignment.

Dated: May 22, 2006

_____
EDWARD J. GARCIA, SENIOR JUDGE
UNITED STATES DISTRICT COURT

I approve this reassignment.

Dated: May 23, 2006

_____
DAVID F. LEVI, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2