**FILED**

JUN 16 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| )  | |
| Plaintiff,  ) | Case No. __Cr. 03-550 EJG__ |
| )  | |
| v.  ) | RELEASE ORDER NO. _____ |
| )  | |
| )  | ORDER FOR RELEASE OF |
| Will Moss    Defendant.  ) | PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Jocelyn Boyce__ __aka Allison Carruth__, Case No. __Cr.S. 03-550 EJG__, Charge __material witness__,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

X   Release on Personal Recognizance

_____Bail posted in the sum of $_____

_____Unsecured Appearance Bond

_____Appearance Bond with 10% Deposit

_____Appearance Bond with Surety

_____Corporate Surety Bail Bond

X   (Other) __witness to appear at 8:00 a.m., June 14, 2006__ __at U.S. Atty's Office, 501 I Street, 10th Floor__

This release order is not effective until the defendant has signed and

understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento__ on __June  13__,

19 2006 at _____ a.m./p.m.

Original – U.S. Marshal

By _____
United States District Judge or
United States Magistrate