



FILED
JUN 16 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Will Moss, Jr.

Defendant.

Case No. CR-S-03-550 EJG

RELEASE ORDER NO. ______

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Stephanie Bednarik ______, Case No. CR-S-03-550 EJG,

Charge - Material Witness Warrant,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

X Release on Personal Recognizance

____ Bail posted in the sum of $ ______

____ Unsecured Appearance Bond

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other) ______

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, Cal. on 6/15/06, ~~19~~ 2006 at 0900 a.m./~~p.m.~~

Copy 1 - U.S. Marshal

By ______
United States District Judge or United States Magistrate