McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
Suite 10-100
501 I Street
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S. NO. 03-550 EJG |
| Plaintiff, | |
| v. | ORDER |
| WILL MOSS, JR., | |
| Defendant. | |

**ORDER**

Having considered the government's motion to recall the material witness warrants, it is hereby ORDERED that the material witness warrants for Summer Sawyer and Margaret Hutchinson are recalled.

Dated: June 27, 2006

/s/ Edward J. Garcia
Honorable Edward J. Garcia
United States District Court