MCGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S. NO. 03-0550 EJG |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| WILL MOSS, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Honorable Edward J. Garcia |
| _____ | ) | |

**ORDER**

Based on the parties' stipulation, it is hereby ORDERED that the defendant's sentencing be rescheduled to September 29, 2006, at 10:00 a.m.

Dated: September_7, 2006

By   /s/ Edward J. Garcia
_____       Honorable Edward J. Garcia
                                     United States District Court