MICHAEL CHASTAINE, State Bar #121209
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant
Will Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:03CR00550-01 |
|  Plaintiff, | ) STIPULATION AND ORDER TO |
|  | ) CONTINUE SENTENCING DATE AND |
|  v. | ) BRIEFING SCHEDULE |
| WILL MOSS, | ) |
|  Defendant. | ) |

**AGREEMENT AND STIPULATION**

The United States of America, represented by the United States Attorney for The Eastern District of California, by Assistant United States Attorney, Carolyn Delaney, and the Defendant, WILL MOSS, represented by Mr. Michael Chastaine, hereby agree and stipulate that the Judgment and Sentencing of this matter may be continued from Friday November 3, 2006, to Friday, January 26, 2007, at 10:00 a.m. in courtroom number 8, of the United States Court House, 501 I Street, before the Honorable United States District Court Judge, Edward J. Garcia. The Friday, November 3, 2006 date may be vacated.

It is further agreed and stipulated that the briefs currently due on Friday, October 20, 2006 may be filed on or

before January 3, 2007 at 5:00 p.m. It is further agreed that any response to factual evidence may be filed on or before January 17, 2007.

The stipulation is entered for the following reasons:

The Court requested specific briefing regarding the appropriateness of an "upward departure" in light of ***United States v. Mix***, 457 F.3d 906 (2006) and ***United States v. Mohamed*** 459 F.3d 979 (2006). The Court also requested briefing regarding the question of whether Mr. Moss' criminal history is "understated."

***Mix*** and ***Mohamed*** express the Ninth Circuit's opinion that the primary consideration for sentencing is "reasonableness" and that strict adherence to the Sentencing Guidelines is no longer required. Further it appears, without conceding, that the Court, post-***Booker*** (***United States v. Booker,*** 543 U.S. 220, 125 S. Ct. 738, 160 L. Ed. 2d 621 (2005)) may consider non-guideline sentencing factors found under 18 U.S.C.S §3553(a)(1) to a larger extent than previous case law allowed. In short, the Court may have greater latitude to impose a sentence either over or under the Guidelines than previous case law allowed.

In light of these opinions, Counsel for Mr. Moss believes that it is necessary to do additional investigation including but not limited doing a social history to allow the court to know more about Mr. Moss' background and upbringing; to obtain police reports, probation reports and other documents involving Mr. Moss' manslaughter conviction; to obtain and review psychological records of Mr. Moss; and to have Mr. Moss examined by a mental health professional to determine his mental status.

Counsel for Mr. Moss believes that this information may provide mitigating evidence that the Court can and should consider in determining what is a reasonable sentence.  Under prior law, Counsel was of the opinion that such information was not relevant.  As a result, only minimal investigation was done to establish Mr. Moss' background and upbringing, to determine the facts of the prior conviction or Mr. Moss' mental state. Under the current law, it appears that a strong argument can be made that such information may be relevant in the determination of what may be a "reasonable" sentence.

Counsel for Mr. Moss believes that it will take 8 to 10 weeks to complete this investigation, taking into consideration the Thanksgiving and Christmas holidays.

It is so agreed and stipulated

DATED: October 18, 2006        /s/ Michael L. Chastaine_____
                               MICHAEL L. CHASTAINE
                               Attorney for Defendant
                               Will Moss

                               McGregor W. Scott
                               United States Attorney

DATED: October 18, 2006        /s/ Carolyn Delaney_____
                               CAROLYN K. DELANEY
                               Assistant United States Attorney

**GOOD CUASE APPEARING, IT IS SO ORDERED**

DATED: October 19, 2006

                               /s/ Edward J. Garcia_____
                               HONORABLE EDWARD J. GARCIA
                               UNITED STATES DISTRICT COURT JUDGE