JOHN BALAZS
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Will Moss, Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  03-CR-0550-EJG |
| Plaintiff, | **PARTIES' STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER** |
| v. | |
| WILL MOSS, JR., | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED between defendant Will Moss, Jr., through counsel John Balazs, and the United States of America through its undersigned counsel, Assistant United States Attorney Michael Beckwith, that the status conference set for August 6, 2010 be continued to August 27, 2010, at 10:00 a.m.

　　　Counsel for Moss so requests because he is currently in Fresno for a federal trial starting August 4, 2010, which is expected to last until approximately August 13, 2010.

///

///

1

1 | IT IS SO STIPULATED.

2 | Dated: August 3, 2010        MICHAEL BECKWITH
United States Attorney

                                          By:    /s/ Michael Beckwith
Assistant U.S. Attorney

Dated: August 3, 2010        /s/ John Balazs
JOHN BALAZS
Attorney for Defendant Will Moss, Jr.

## O R D E R

IT IS SO ORDERED.

Dated: August 4, 2010        /s/ Edward J. Garcia
_____
HON. EDWARD J. GARCIA, JR.
United States District Court Judge