IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,        CIV. NO. S-11-2841 EJG
                                   CR. NO. S-03-0550 EJG

    v.

WILL MOSS, JR.,              <u>ORDER DIRECTING UNITED STATES
TO FILE A RESPONSE</u>

        Defendant.
_____/

    Defendant, a federal prisoner proceeding <u>pro se</u>, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The United States is directed to file a response to the motion within 60 days from the filing date of this order.  Defendant may file a reply brief within 30 days after service of the response upon him. The matter will stand submitted upon receipt of the last brief.  The Clerk of Court shall serve a copy of this order and defendant's motion on Assistant U.S. Attorney Michael Beckwith.

    IT IS SO ORDERED.

Dated: November 22, 2011

                                      /s/ Edward J. Garcia
_____
                                    EDWARD J. GARCIA, JUDGE

1                          UNITED STATES DISTRICT COURT
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

                           UNITED STATES DISTRICT COURT