```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>      v.                        )<br>                                )<br>WILL MOSS, JR.,                 )<br>                                )<br>            Defendant.          )<br>_____) | CIV. C-11-2841 EJG<br>CR. S-03-0550 EJG<br><br><br><br>ORDER |

The government's request for an extension of thirty days to June 21, 2012, to file its answer to the defendant's motion is granted.

IT IS SO ORDERED

Date:  May 23, 2012

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
United States District Judge

1