UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-cr-0550 WBS DAD P |
| Petitioner, | |
| v. | ORDER |
| WILL MOSS, Jr., | |
| Respondent. | |

Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On March 23, 2015, movant filed a document entitled "Motion for Leave to File Motions Pursuant to Federal Rules of Civil Procedure Rule 6(b)(1)(B) and Rule 15(c)(2)." (ECF No. 299.) The court construes this document as a motion for leave to amend by movant in which he seeks to add three additional claims of ineffective assistance of appellate counsel to his § 2255 motion.

Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days from the filed date of this order respondent shall file an opposition or a statement of non-opposition to movant's motion to amend his pending § 2255 motion to add three additional claims.

Dated: April 13, 2015

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Moss550.mta