UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>WILL MOSS, JR.,<br><br>Movant. | No. 2:03-cr-0550 WBS DAD P<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

On August 26, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 26, 2015, are adopted in full; and

2. Petitioner's motion to amend his § 2255 motion to add three additional claims (ECF No. 299) is denied.

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  November 5, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/md; moss0550.805.hc