UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>WILL MOSS, Jr.,<br><br>    Movant. | No. 2:03-cr-0550-WBS-EFB P (TEMP)<br><br><br><br>ORDER |

Movant Will Moss, Jr. is a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  By order dated October 30, 2015, counsel was appointed for Moss for the limited purpose of participating in an evidentiary hearing on Moss' claim that his trial counsel rendered ineffective assistance during the plea bargain process.  The parties were advised that the court would sua sponte set this matter for status conference after the case was reassigned to another Magistrate Judge.  The case has now been reassigned.

Accordingly, IT IS HEREBY ORDERED that:

1. A status conference is set before the undersigned on January 27, 2016, at 10:00 a.m. in Courtroom No. 8, 13th Floor.

/////

/////

1

1    2. All parties shall appear at the status conference by counsel and shall be prepared to
2  discuss potential dates to conduct the evidentiary hearing contemplated by the October 30, 2015
3  order.
4  DATED: December 14, 2015.

                EDMUND F. BRENNAN
5                  UNITED STATES MAGISTRATE JUDGE