UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>WILL MOSS, Jr.,<br><br>Movant. | No. 2:03-cr-0550-WBS-EFB P (TEMP)<br><br><br><br>ORDER |

Movant Will Moss, Jr. is a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. A status conference was held in the courtroom of the undersigned on January 27, 2016, at 10:00 a.m. Attorney Barry Morris appeared for movant. Assistant United States Attorney Justin Lee appeared for respondent. After discussions with counsel and good cause appearing,

IT IS ORDERED that:

1. An evidentiary hearing is set for April 19, 2016, at 9:30 a.m. on movant's claim that his trial counsel rendered ineffective assistance during the plea bargain process.

2. Any trial briefs the parties wish to submit shall be filed by April 12, 2016.

/////

/////

/////

1

3. Within thirty days from the date of this order, counsel for respondent shall file an application for a protective order regarding waiver of the attorney client privilege. That application may be in the form of a stipulation between the parties.

DATED: January 28, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE