UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILL MOSS, JR.,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CR. NO.  2:03-0550 WBS<br><br><u>ORDER</u> |

----oo0oo----

On June 23, 2016, petitioner Will Moss, Jr., filed a motion pursuant to 28 U.S.C. § 2255. The United States shall file an opposition to petitioner's motion no later than July 22, 2016. Petitioner may then file a reply no later than August 5, 2016. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings

1

1  are necessary.
2          IT IS SO ORDERED.
3  Dated:  June 24, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE