UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-cr-0550-WBS-EFB P |
| Respondent, | |
| v. | ORDER |
| WILL MOSS, JR., | |
| Movant. | |

Movant Will Moss is a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. §2255. On August 9, 2016, an evidentiary hearing was held on Moss's claim of ineffective assistance of counsel during the plea-bargaining process. At that hearing, the court admitted into evidence Moss's Presentence Investigation Report, with the understanding that it would be filed under seal.

In its November 8, 2016 opposition to Moss's § 2255 motion, the government cited the Presentence Investigation Report as an Exhibit. *See* ECF No. 364-1. On November 9, 2016, the government filed a notice of request and request to file the Presentence Investigation Report under seal. Moss has not filed an objection to this request. Good cause appearing, the government's request will be granted.

/////

/////

1

Accordingly, IT IS ORDERED that:

1. Respondent's November 9, 2016 notice of request and request to seal the Presentence Investigation Report, ECF No. 365, is granted.

2. The Clerk of Court is directed to file under seal the Presentence Investigation Report, which is designated as an exhibit to the government's opposition to Moss's § 2255 motion.

DATED: June 5, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE