UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-cr-0550-WBS-EFB P |
| Respondent, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| WILL MOSS, Jr., | |
| Movant. | |

Movant Will Moss, Jr. (hereinafter "movant") is a federal prisoner proceeding with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On November 29, 2017, the court recommended that all claims, other than those arising pursuant to the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015), be denied. ECF No. 373. With respect to movant's *Johnson* claims, the court recommended that they be stayed pending a decision by the United State Supreme Court in *Sessions v. Dimaya*, No. 15-1498 and, subsequently, the Ninth Circuit's decision in *United States v. Begay*, No. 14-10080, 2017 U.S. App. LEXIS 12604 (9th Cir.). ECF No. 373 at 52. Now, movant's counsel has filed a request to extend the time for filing objections to this court's recommendations (ECF No. 374) and a request to stay the partial judgment (ECF No. 375). For the reasons stated hereafter, movant's request for an extension of time to file objections is granted and it is recommended that his request to stay the partial judgment be denied.

### Extension of Time to File Objections

Movant, through his counsel, requests that the deadline for filing objections to the court's November 29, 2017 findings and recommendations (ECF No. 373) be extended to January 16, 2018. ECF No. 374. Movant's counsel declares that this extension of time is not opposed by the government. *Id.* at 2. The court will grant this motion and objections shall be due on or before January 16, 2018.

### Request to Stay Partial Judgment

Movant requests that *all* claims in this action be stayed pending the Supreme Court's decision in *Dimaya* and the Ninth Circuit's decision in *Begay*. He states that the request is made in order to avoid piecemeal litigation (ECF No. 375 at 2) and, assuming the district judge adopts the recommended denial of his non-*Johnson* claims, to avoid two rounds of appellate briefing (*id.*). The court recommends this request be denied. First, the court has already weighed movant's non-*Johnson* claims and issued merit-based findings on those claims. Thus, no judicial resources would be preserved by staying a decision on those claims. Second, declining to issue a total stay would not result in two rounds of appeal in this case. The judgment in this case will not be final until movant's *Johnson* claims are resolved and, consequently, his appeal will only be ripe at that time. *See Rodriguez v. Lockheed Martin Corp.*, 627 F.3d 1259, 1264 (9th Cir. 2010) ("Under 28 U.S.C. § 1291, our jurisdiction is limited to appeals from final judgments."); *see also Ashker v. Cal. Dep't of Corr.*, 350 F.3d 917, 920 n.1 (9th Cir. 2003) (describing a "final judgment" as "one disposing of *all* claims against all parties"); *Carter v. City of Phila.*, 181 F.3d 339, 343 (3rd Cir. 1999) ("Ordinarily, an order which terminates fewer than all claims, or claims against fewer than all parties, does not constitute a 'final' order for purposes of appeal under 28 U. S.C. § 1291.").

### Conclusion

For the reasons stated above, it is ORDERED that movant's request for an extension of time to file his objections is granted. Objections to the court's findings and recommendations (ECF No. 373) are due on or before January 16, 2018.

/////

1    Additionally, it is RECOMMENDED that movant's request for stay of partial judgment
2    (ECF No. 375) be DENIED.
3    These findings and recommendations are submitted to the United States District Judge
4    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days
5    after being served with these findings and recommendations, any party may file written
6    objections with the court and serve a copy on all parties.  Such a document should be captioned
7    "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8    within the specified time may waive the right to appeal the District Court's order.  *Turner v.*
9    *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10   DATED:  December 12, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE