UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Respondent,<br><br>    v.<br><br>WILL MOSS, Jr.,<br><br>        Movant. | No. 2:03-cr-0550-WBS-EFB P<br><br>ORDER |

    Movant, a federal prisoner, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 29, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. The court concurs in the magistrate judge's credibility determinations. See Johnson v. Finn, 665 F.3d 1063, 1072 (9th Cir. 2011) (citing United States v. Raddatz, 447 U.S. 667, 681 (1980)) (holding district judge could accept a magistrate judge's determination of credibility without holding a new evidentiary hearing).

Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed November 29, 2017, are adopted in full;

    2. Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 354) is DENIED with respect to all claims other than his Johnson claims; and

    3. Movant's Johnson claims are STAYED pending a decision by the United States Supreme Court in Sessions v. Dimaya, No. 15-1498 and, subsequently, the Ninth Circuit's decision in United States v. Begay, No. 14-10080, 2017 U.S. App. LEXIS 12604 (9th Cir.).

Dated: March 2, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE