UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>WILL MOSS, Jr.,<br><br>Movant. | No. 2:03-cr-0550-WBS-EFB P<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. He was represented by counsel Barry Morris on two of his claims, specifically those relating to ineffective assistance of trial counsel and those arising under *Johnson v. United States*, 135 S.Ct. 2251 (2016). He has filed a notice and motion wherein he articulates his intent to terminate Mr. Morris as counsel. ECF No. 393. Movant states that he has recently filed a motion for relief under Rule 60(b) which takes issue with Mr. Morris' representation (ECF No. 392) and that "irreconcilable differences" have arisen between client and counsel, which include a breakdown in communication. ECF No. 393 at 1. Movant requests that the court direct the government to send any future pleadings directly to him by conventional mail. *Id.* at 2.

It is well settled that, in California, a client has an absolute right to terminate an attorney at any time – with or without cause. *See FSLIC v. Angell, Holmes, & Lea*, 838 F.2d 395, 396 (9th

1

Cir. 1988) (citing *Fracasse v. Brent*, 6 Cal.3d 784, 100 Cal. Rptr. 385, 494 P.2d 9 (1972)).  Thus, it is ORDERED that:

    1.  Movant's motion (ECF No. 393) is GRANTED;

    2.  Pursuant to the notice of termination, the Clerk of Court shall terminate Barry Morris as attorney of record for Will Moss, Jr.; and

    3.  The government shall serve all future pleadings directly on Mr. Moss by mail.

DATED:  June 28, 2018.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE