# Report and Order Terminating Supervised Release
# Prior to Original Expiration Date - Notice of Death

## UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| v. | ) Docket No: 0972 2:03CR00550-001 |
| **Will Moss, Jr.** | ) |

On November 21, 2018, the above-named was sentenced to Supervised Release for a period of 10 years.

On April 8, 2019, this office was notified by the Federal Bureau of Prisons that Will Moss, Jr. was confirmed dead by Death Certification (No.: SC07276716) on November 21, 2018 (copy of the notification is on file). It is accordingly recommended this case be closed.

Respectfully submitted,

Ronnie Preap
Supervising United States Probation Officer

Dated: June 7, 2019
Sacramento, California

**REVIEWED BY:**   **Michael McFarland**
**Supervising United States Probation Officer**

**Re:** Will   Moss, Jr.
    Docket No:    0972 2:03CR00550-001
    Report and Order Terminating Supervised Release
    **Prior To Original Expiration Date - Notice of Death**

---

# ORDER OF COURT

It appearing that Will   Moss, Jr. is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

Dated:   June 14, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

(Notification copy on file)

CC:   AUSA (NAME) – Michael M. Beckwith
    FLU Unit - United States Attorney's Office (victim notification and/or offender estate)
    Fiscal Clerk - Clerk's Office